IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARY RAY**                                                         **PLAINTIFF**
**ADC #711032**

v.                          **4:13-cv-628-DPM-JTK**

**ARKANSAS DEPARTMENT OF**
**CORRECTION, Medical; and CORIZON**            **DEFENDANTS**

## ORDER

Ray filed this *pro se* action pursuant to 42 U.S.C. § 1983 on 4 November 2013, together with a motion for summary judgment. The motion, № 3, is denied without prejudice as premature. FED. R. CIV. P. 56(b) (Advisory Committee Notes to 2010 Amendments).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 November 2013