IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARY RAY,**                                                      **PLAINTIFF**
**ADC #711032**

v.                    No. 4:13-cv-628-DPM-JTK

**ARKANSAS DEPARTMENT OF CORRECTION,**
Medical; **CORIZON; WILLIAMS,** Director of Nursing,
McPherson Unit; **MULLENS,** Director of Nursing,
Hawkins Unit; and **WHITE**                          **DEFENDANTS**

### ORDER

Ray's second motion for summary judgment, which was filed before service of her complaint on defendants, № 11, is denied without prejudice as premature. FED. R. CIV. P. 56(b) (Advisory Committee Notes to 2010 Amendments). Ray has filed an amended complaint. № 12. She did not include Arkansas Department of Correction or Corizon as a defendant. They are therefore dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 January 2013