IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARY RAY,**                                                                            **PLAINTIFF**
**ADC #711032**

v.                       No. 4:13-cv-628-DPM-JTK

**BERNARD WILLIAMS, Director of Nursing,
McPherson Unit; VESTA MULLINS, Director
of Nursing, Hawkins Unit; and WHITE**            **DEFENDANTS**

ORDER

Unopposed recommendation, № 37, adopted as supplemented. FED. R. CIV. P. 72(b)(Advisory Committee Notes to 1983 Addition). The Court warned that if Ray didn't respond to Defendants' motion for summary judgment, the motion's facts would be deemed admitted or her complaint would be dismissed. № 36 at 2. She hasn't responded, and the time to do so has passed. Her claims against Williams and Mullins are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 July 2014