IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARY RAY**
ADC #711032

**PLAINTIFF**

v.                  No. 4:13-cv-628-DPM-JTK

**WHITE**                                **DEFENDANT**

ORDER

Unopposed recommendation, № 39, adopted. FED.R.CIV.P. 72(b)(3) (1983 addition to Advisory Committee Notes). Ray's claims against White are dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 November 2014