IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY RAY                                                                          PLAINTIFF
ADC #711032

v.                                 No. 4:13-cv-628-DPM

ARKANSAS DEPARTMENT OF
CORRECTIONS; CORIZON;
BERNARD WILLIAMS, Director
of Nursing, McPherson Unit;
VESTA MULLINS, Director of
Nursing, Hawkins Unit;
WHITE                                                                           DEFENDANTS

## JUDGMENT

Ray's claims against all Defendants are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 November 2014